# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 18-00051-KD-N |
| ) | |
| DANIEL E. BLACKWELL, ) | |
|     Defendant ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 20) and without any objection having been filed by the parties, Defendant Daniel E. Blackwell's plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **Friday, August 10, 2018** at **1:30 p.m.,** under separate order.

**DONE** and **ORDERED** this 8th day of June 2018.

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**